NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: **audrey.renschen@usdoj.gov**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | Case No. 3:99-cr-00036-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STATUS REPORT PURSUANT TO |
| | ) | COURT'S ORDER |
| MIRIAN YNOCENCIA NUNEZ , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive.  Accordingly, the

warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 14th day of August, 2007, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: **audrey.renschen@usdoj.gov**