NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,         )<br>                                                              )<br>                       Plaintiff,            )<br>                                                              )<br>     vs.                                                 )<br>                                                              )<br>MIRIAN YNOCENCIA NUNEZ ,    )<br>                                                              )<br>                       Defendant.        )<br>                                                              )<br>_____)  | Case No. 3:99-cr-00036-HRH-JDR<br><br><br>STATUS REPORT PURSUANT TO<br>COURT'S ORDER |

COMES NOW the United States of Attorney's Office, by and through counsel, pursuant to the court's order, and hereby reports that this action is not resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

      RESPECTFULLY SUBMITTED this 5th day of August, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Audrey J. Renschen
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-5071
        Fax: 907-271-1500
        email: audrey.renschen@usdoj.gov